IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　　)<br>　　　　Plaintiff, 　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>vs. 　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>ROBYN TENESHA JACKSON, 　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　　Defendant. 　　　　　　　　　) | 4:05CR3141<br><br>**MEMORANDUM<br>AND ORDER** |

　　　　The Court has been advised that the defendant requests permission to enter a plea of guilty. The Court is further advised that the defendant will consent to Judge Piester conducting the hearing on the plea of guilty.

　　　　IT IS ORDERED that:

1.　　　This case, insofar as it concerns this defendant, is removed from the trial docket based upon the **oral motion** of the defendant that is **granted**.

2.　　　A hearing on the defendant's anticipated plea of guilty is scheduled before Magistrate Judge Piester on the 4th day of May, 2006 at the hour of 10:30 a.m.

3.　　　On or before the date for the plea proceeding, counsel for plaintiff and for defendant shall provide to the assigned probation officer their respective versions of the offense for purposes of preparing the presentence investigation report.

4.　　　For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B)

5.　　　Defendant shall be present for this hearing.

Dated  April 3, 2006.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　s/ David L. Piester
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge