```
                                              FILED
                                         U.S. DISTRICT COURT
         IN THE UNITED STATES DISTRICT COURT   DISTRICT OF NEBRASKA
             FOR THE DISTRICT OF NEBRASKA
                                            2006 MAY -2  PM 12: 46
```

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | OFFICE OF THE CLERK |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | 4:05CR3141 |
| v. | ) |  |
|  | ) |  |
| ROBYN TENESHA JACKSON, | ) |  |
|  | ) | ORDER |
| Defendant. | ) |  |
|  | ) |  |

IT IS ORDERED:

Defendant's motion, filing 15, to strike filing 14 is granted and the clerk's office is directed to strike filing 14 from the record.

DATED this 2nd day of May, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge