IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3141 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBYN TENESHA JACKSON, | ) | ORDER CONTINUING SENTENCING |
| | ) | HEARING |
| Defendant. | ) | |
| | ) | |

    On joint application of the parties,

    IT IS ORDERED that sentencing of the defendant is continued to October 31, 2006, at 12:15 p.m.

    Dated July 31, 2006.

                      BY THE COURT

                      s/ Warren K. Urbom
                      United States Senior District Judge