IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3141 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBYN TENESHA JACKSON, | ) | ORDER ON MOTION TO CONTINUE |
| | ) | SENTENCING |
| Defendant. | ) | |
| | ) | |

For the reasons cited in defendant's Motion to Continue Sentencing, and with no opposition from the government,

IT IS ORDERED that:

1. the Motion to Continue Sentencing, filing 54, is granted;

2. the sentencing hearing shall commence on November 14, 2007, at 12:15 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

3. the defendant shall be present for the hearing.

Dated September 21, 2007.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge